UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DAVID CHERRY,

Defendant.

**ORDER**

16 Cr. 281 (PGG-6)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the parties will file supplemental sentencing submissions. The following schedule will apply:

1. The Government's submission is due by **December 10, 2019**; and

2. The Defendant's submission is due by **January 6, 2020**.

Dated: New York, New York
November 26, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge