UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DAVID CHERRY,

              Defendant.

**ORDER**

16 Cr. 281 (PGG-6)

PAUL G. GARDEPHE, U.S.D.J.:

      The parties should be aware that the Court is contemplating a substantial upward variance from the Sentencing Guidelines range of seven years' imprisonment, and draft their supplemental sentencing submissions accordingly.

Dated: New York, New York
       December 3, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge