UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

DAVID CHERRY,

               Defendant.

**ORDER**

16 Cr. 281 (PGG-6)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the sentencing of the Defendant, previously scheduled for June 30, 2020, will now take place on **August 26, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        June 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge