# RICHARD B. LIND
Attorney at Law
575 Lexington Avenue – 4th Floor
Telephone: (212) 888-7725
Email: rlind@lindlawyer.com

June 17, 2020

**By ECF**

Hon. Paul G. Gardephe
United States District Judge
U.S. Courthouse
40 Center Street
New York, NY  10007

        Re:    <u>United States v. David Cherry</u>
                    16 Cr. 281 (PGG)

Dear Judge Gardephe:

      I am lead CJA counsel for Defendant David Cherry in the above-referenced matter. On June 16, the Court entered an Order (Doc. 870), adjourning the sentencing of Defendant Cherry from June 30 to August 26, 2020. I will not be available on that date because of a long-planned vacation. Accordingly, I request that the sentence be adjourned to the week of September 14. I have communicated with A.U.S.A. Allison Nichols, and the government consents to this request.

      Thank you for the Court's consideration of this request.

                                         Respectfully submitted,

                                         _____/s/_____
                                         Richard B. Lind

cc: All Counsel (by ECF)

                                        The sentencing of Defendant Cherry is adjourned to October 8, 2020 at 4:00 p.m.

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge
                                        June 19, 2020