UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

DAVID CHERRY,

               Defendant.

**ORDER**

16 Cr. 281 (PGG-6)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the sentencing of the Defendant, previously scheduled for December 18, 2020, will now take place on **January 5, 2021 at 12:00 p.m.**.

Dated:  New York, New York
         December 4, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge