UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVID CHERRY,

Defendant.

**ORDER**

16 Cr. 281 (PGG-6)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant David Cherry, previously scheduled for January 5, 2021, will now take place on **February 9, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
December 21, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge