UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DAVID CHERRY,

                Defendant.

**ORDER**

16 Cr. 281 (PGG-6)

PAUL G. GARDEPHE, U.S.D.J.:

      The Government is directed to file a response to Defendant David Cherry's most recent submission (Dkt. No. 986) by May 18, 2021.

      The sentencing of Defendant, previously scheduled for May 21, 2021, will now take place on **June 4, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 14, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge